**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ORLANDO SANQUAN HENRY**
**ADC #166631** **PLAINTIFF**

**v.** **No. 4:26-cv-636-DPM**

**GREEN BAY PACKAGING; GARY MUSSELLWHITE, Warden, ADC; EDIE R. ERVIN, Judge; LISA BAILEY, Treatment Coordinator, ADC; SHANITA GUNN, Sgt., ADC; Q. BIELER, Sgt., ADC; SARAH HUCKABEE, Governor, State of Arkansas; DEXTER PAYNE, Warden; and DOES, Manager, Green Bay Packaging, "J.M.", Judge, Treatment Coordinator, ADC** **DEFENDANTS**

# JUDGMENT

Henry's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

7 August 2026